```
MIME-Version:1.0
From:ned-ecf.notification@ned.uscourts.gov
To:ecf.notice@ned.uscourts.gov
Bcc:
--Case Participants: Frederick D. Franklin (carrie.morrill@usdoj.gov,
fred.franklin@usdoj.gov, usane.ecfcrimoma@usdoj.gov), Guy K. Weinstein
(forney@kasaby.com, guy@kasaby.com, gweinstein1@gmail.com, kasaby@kasaby.com,
roth@kasaby.com), Magistrate Judge Thomas D. Thalken
(brandon_crainer@ned.uscourts.gov, denise_lucks@ned.uscourts.gov,
mary_beth_mcfarland@ned.uscourts.gov, tanya_langton@ned.uscourts.gov,
thomas_thalken@ned.uscourts.gov)
--Non Case Participants: Interpreter (l_garcia-hein@ned.uscourts.gov), Pretrial
Group (ecfnotice_nept@nept.uscourts.gov), Probation Officer Group
(ecfnotice_nep@nep.uscourts.gov)
--No Notice Sent:

Message-Id:<3045210@ned.uscourts.gov>
Subject:Activity in Case 8:14-mj-00272-TDT USA v. Suastegui Notice of Hearing
Content-Type: text/html
```

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**District of Nebraska**

## Notice of Electronic Filing

The following transaction was entered on 10/27/2014 at 4:13 PM CDT and filed on 10/27/2014
**Case Name:**      USA v. Suastegui
**Case Number:**    [8:14-mj-00272-TDT](#)
**Filer:**
**Document Number:** 13(No document attached)

**Docket Text:**
**TEXT NOTICE OF HEARING as to defendant Faustino Suastegui. The text minute entry (Filing No. 8) incorrectly scheduled the next hearing at 2:30 p.m. on 10/28/2014 and has now been corrected to: Detention Hearing and Preliminary Hearing set for 10/28/2014 at 10:30 AM in Courtroom 7, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Magistrate Judge Thomas D. Thalken. (MBM)**


**8:14-mj-00272-TDT-1 Notice has been electronically mailed to:**

Frederick D. Franklin     fred.franklin@usdoj.gov, carrie.morrill@usdoj.gov,

usane.ecfcrimoma@usdoj.gov

Guy K. Weinstein    guy@kasaby.com, forney@kasaby.com, gweinstein1@gmail.com, kasaby@kasaby.com, roth@kasaby.com

**8:14-mj-00272-TDT-1 Notice has been delivered by other means to:**

District of Nebraska-Display Receipt Page 2 of 2
8:14-cr-00324-LSC-SMB   Doc # 33   Filed: 10/27/14   Page 2 of 2 - Page ID # 130

https://ecf.ned.circ8.dcn/cgi-bin/DisplayReceipt.pl?587465579991721-L_1_0-1    11/19/2014