# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　　　　　　　　　　　　　)<br>　　　　Plaintiff,　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　vs.　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>FERNANDO NEVAREZ-CARREON and　)<br>FAUSTINO SUASTEGUI-VILLALVA,　)<br>　　　　　　　　　　　　　　　　)<br>　　　　Defendants.　　　　　　)  | 8:14CR324<br><br>ORDER |

This matter is before the court on the motion to continue by defendant Fernando Nevarez-Carreon (Nevarez-Carreon) (Filing No. 45). Nevarez-Carreon seeks a continuance of the trial of this matter which was scheduled for December 9, 2014 (Filing No. 16). Since the issuance of that trial order, a Superseding Indictment has been returned. Nevarez-Carreon has been arraigned on such Superseding Indictment and has been given until December 11, 2014, to file any pretrial motions related to the Superseding Indictment. Accordingly, Nevarez-Carreon's motion to continue trial is granted. The December 9, 2014, trial date is canceled, and will be rescheduled following the disposition of any pretrial motions or the expiration of the pretrial motion deadline relating to the Superseding Indictment.

　　　**IT IS SO ORDERED.**

　　　DATED this 1st day of December, 2014.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　 s/ Thomas D. Thalken
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge